United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 18-04006-MJC

Elizabeth A Holmes Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 17, 2023      Form ID: pdf010      Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A Holmes, 375 E. Union Street, Nanticoke, PA 18634-2930 |
| 5111340 | + | Elizabeth A Holmes, 375 E. Union Street, Nanticoke, Pennsylvania 18634-2930 |
| 5111342 | + | Joseph M. Blazosek, 341 Wyoming Ave., West Pittston, PA 18643-2850 |
| 5111344 | + | Northeast Revenue Service, c/o Luzerne County Tax Claim, 200 N. River Street, Wilkes Barre, PA 18711-1004 |
| 5111345 | + | PA Department of Revenue, 100 E. Union Street, Wilkes Barre, PA 18701-3204 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5111341 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2023 19:19:00 | Internal Revenue Service, 7 Wilkes Barre Blvd, Wilkes Barre, PA 18702 |
| 5134860 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2023 19:31:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5118136 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2023 19:19:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5131255 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2023 19:31:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5112441 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 17 2023 19:31:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5111343 | | Email/Text: signed.order@pfwattorneys.com | Jan 17 2023 19:19:00 | Midland Funding, LLC, c/o Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph M. Blazosek | on behalf of Debtor 1 Elizabeth A Holmes jblazatty@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Elizabeth A Holmes<br>*aka* Elizabeth Homes<br>*aka* Elizabeth Ann Holmes<br>Debtor 1 | Chapter: 13<br><br>Case No.: 5:18-bk-04006-MJC |
| Jack N Zaharopoulos Chapter 13 Trustee<br>vs.        Movant(s) | |
| Elizabeth A Holmes<br>*aka* Elizabeth Homes<br>*aka* Elizabeth Ann Holmes<br>Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 67, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 15, 2023